

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Justin M. Gillman, Esq.**<br>**Gillman, Bruton & Capone, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors** | **Order Filed on April 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Dwinel Belfort<br>    Sharetta Belfort<br><br>    Debtor(s) | Case No.:    19-16052<br><br>Chapter:    13<br><br>Judge:  Hon. Christine M. Gravelle, U.S.B.J. |

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: April 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

    THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

    IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to April 23, 2019.

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

    THIS MATTER having been brought before the Court by way of

    IT IS HEREBY ORDERED AS FOLLOWS: