**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Justin M. Gillman, Esq.**
**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, New Jersey 08837**
**(732) 661-1664**
**Attorney for Debtors**

In Re:

    Dwinel Belfort
    Sharetta Belfort

    Debtor(s)

Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-16052

Chapter: 13

Judge: Hon. Christine M. Gravelle, U.S.B.J.

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: April 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to April 23, 2019.

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

THIS MATTER having been brought before the Court by way of

IT IS HEREBY ORDERED AS FOLLOWS:

United States Bankruptcy Court
District of New Jersey

In re:  
Dwinel M Belfort  
Sharetta M Belfort  
      Debtors

Case No. 19-16052-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb        +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Justin M Gillman     on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,  
         5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Justin M Gillman     on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,  
         5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                               TOTAL: 5