Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−16052−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dwinel M Belfort  
78 Wolff Ave.  
Edison, NJ 08837

Sharetta M Belfort  
fka Sharetta M Wheeler  
78 Wolff Ave.  
Edison, NJ 08837

Social Security No.:  
xxx−xx−7119

xxx−xx−6115

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 6/5/19  
Time: 10:00 AM  
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 24, 2019  
JAN: gan

Jeanne Naughton  
Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                          Case No. 19-16052-CMG
Dwinel M Belfort                                                Chapter 13
Sharetta M Belfort
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3           Date Rcvd: Apr 24, 2019
                              Form ID: 132               Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db/jdb         +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311
518141976      +AEs/njhighed,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
518141977      +AEs/njhighed,    Po Box 61047,    Harrisburg, PA 17106-1047
518141982      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518141983      +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
518141980      +American General Financial/Springleaf Fi,    Po Box 912,    Toms River, NJ 08754-0912
518141996      +Capital One Auto Finance,    Po Box 259407,    Plano, TX 75025-9407
518142000      +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518141999      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518142002      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
518142001      +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
                 Dickson City, PA 18519-1641
518142003      +Cornerstone/American Education Services,    Attn: Bankruptcy,    Po Box 2461,
                 Harrisburg, PA 17105-2461
518142005      +Cornerstone/American Education Services,    Pob Box 145122,    Salt Lake City, UT 84114-5122
518142009      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
518142010      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
518142011       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518142014      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518142016      +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
518142018      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518142021      +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142025      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
518142026      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518151990       Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
518142029      +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
518142028      +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
518142030      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518142032      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518142036      +Selip & Stylianou, LLP,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
518142037      +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
518142038      +St. Peter's University Hospital,    254 Easton Ave.,    New Brunswick, NJ 08901-1766
518142040      +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
518142052      +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
518142051      +Td Auto Finance,    Attn: Bankruptcy,    Po Box 9223,    Farmington Hills, MI 48333-9223
518142053       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518142054      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
518142057      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142061      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518142060      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2019 00:09:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2019 00:09:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518141978      +E-mail/PDF: cbp@onemainfinancial.com Apr 25 2019 00:16:19
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IL 47731-3251
518141990      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 00:15:34      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518141993      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 00:16:33      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
518141985      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 00:15:34      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141995      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 25 2019 00:14:55
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141997      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 25 2019 00:09:05
                 Certified Credit & Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518142007      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 25 2019 00:14:50      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518142008      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 25 2019 00:15:40      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518142013      +E-mail/Text: bknotice@ercbpo.com Apr 25 2019 00:09:27      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518142012      +E-mail/Text: bknotice@ercbpo.com Apr 25 2019 00:09:27      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518142015       E-mail/Text: cio.bncmail@irs.gov Apr 25 2019 00:08:31      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box  7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Apr 24, 2019
                              Form ID: 132             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518142017      +E-mail/Text: BKRMailOPS@weltman.com Apr 25 2019 00:08:49      Jared/Sterling Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
518142019       E-mail/Text: camanagement@mtb.com Apr 25 2019 00:08:48      M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518142020       E-mail/Text: camanagement@mtb.com Apr 25 2019 00:08:48      M & T Bank,   Po Box 7678,
                 Buffalo, NY 14240
518142027      +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2019 00:15:39      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
518142034      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 25 2019 00:15:40      Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
518142035      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 25 2019 00:15:40      Regional Acceptance Co,
                 621 West New Port Pike,    Wilmington, DE 19804-3235
518142041      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:15:28      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518144048      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:16:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518142043      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:14:39      Synchrony Bank,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518142045      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:16:25      Synchrony Bank/PC Richard,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142046      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:15:28      Synchrony Bank/PC Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518142047      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:16:26      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142049      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 00:14:39      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
518142063      +E-mail/Text: vci.bkcy@vwcredit.com Apr 25 2019 00:09:31      Volkswagen Credit, Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048-4460
518142062      +E-mail/Text: vci.bkcy@vwcredit.com Apr 25 2019 00:09:31      Volkswagen Credit, Inc,
                 Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
                                                                                              TOTAL: 28


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518141984*     +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
518141979*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IL 47731-3251
518141981*     +American General Financial/Springleaf Fi,    Po Box 912,    Toms River, NJ 08754-0912
518141991*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
518141992*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
518141994*     +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
518141986*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141987*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141988*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141989*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141998*     +Certified Credit & Collection Bureau,    P.O. Box 1750,   Whitehouse Station, NJ 08889-1750
518142006*     +Cornerstone/American Education Services,    Pob Box 145122,    Salt Lake City, UT 84114-5122
518142004*     +Cornerstone/American Education Services,    Attn: Bankruptcy,    Po Box 2461,
                 Harrisburg, PA 17105-2461
518142022*     +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142023*     +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142024*     +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142031*     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
518142033*     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518142039*     +St. Peter's University Hospital,    254 Easton Ave.,   New Brunswick, NJ 08901-1766
518142042*     +Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518142044*     +Synchrony Bank,    C/o Po Box 965036,    Orlando, FL 32896-0001
518142048*     +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142050*     +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
518142058*     +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142059*     +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142055*     +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
518142056*     +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
                                                                                       TOTALS: 0, * 27, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Apr 24, 2019
                              Form ID: 132             Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Justin M Gillman    on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```