Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16052−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dwinel M Belfort | Sharetta M Belfort |
| 78 Wolff Ave. | fka Sharetta M Wheeler |
| Edison, NJ 08837 | 78 Wolff Ave. |
| | Edison, NJ 08837 |

Social Security No.:
  xxx−xx−7119                                               xxx−xx−6115

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/23/2019 and a confirmation hearing on such Plan has been scheduled for 8/21/2019 at 10:00 AM.

The debtor filed a Modified Plan on 8/9/2019 and a confirmation hearing on the Modified Plan is scheduled for 9/18/2019 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: August 9, 2019
JAN: gan

                                                                                                     Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16052-CMG
Dwinel M Belfort                                                          Chapter 13
Sharetta M Belfort
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
```
db/jdb         +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311
aty             Don J Knabeschuh,    5090 Richmond Ave., #472,    Houston, TX 77056-7402
518216351      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
518141976      +AEs/njhighed,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
518141977      +AEs/njhighed,    Po Box 61047,    Harrisburg, PA 17106-1047
518141980      +American General Financial/Springleaf Fi,    Po Box 912,    Toms River, NJ 08754-0912
518142005     ++CORNERSTONE EDUCATION LOAN SERVICES,    PO BOX 145132,    SALT LAKE CITY UT 84114-5132
               (address filed with court: Cornerstone/American Education Services,    Pob Box 145122,
                 Salt Lake City, UT 84114)
518142000      +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518141999      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518142002      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
518142001      +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
                 Dickson City, PA 18519-1641
518142003      +Cornerstone/American Education Services,    Attn: Bankruptcy,    Po Box 2461,
                 Harrisburg, PA 17105-2461
518285231       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518142009      +Eos Cca,   Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
518142010      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518142011       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
518142014      +Experian,   475 Anton Blvd,    Costa Mesa, CA 92626-7037
518142016      +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
518142018      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518227161      +MemberSource Credit Union,    10100 Richmond Avenue,    Houston, TX 77042-4208,
                 Attn: Erika Sanchez
518142021      +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142025      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
518142026      +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518151990       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518142029      +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
518142028      +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
518270473      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518232272      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518142030      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518142032      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518249845     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518142036      +Selip & Stylianou, LLP,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
518142037      +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
518141997      +St. Peter's Medical Ctr.,    Certified Credit & Collection Bureau,    P.O. Box 1750,
                 Whitehouse Station, NJ 08889-1750
518142038      +St. Peter's University Hospital,    254 Easton Ave.,    New Brunswick, NJ 08901-1766
518142040      +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
518142052      +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
518142051      +Td Auto Finance,    Attn: Bankruptcy,    Po Box 9223,    Farmington Hills, MI 48333-9223
518142053       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518142054      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
518142057      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142061      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518142060      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:54     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518141982      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 10 2019 01:15:13
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518141983      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 10 2019 01:15:13
                 AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
518141978      +E-mail/PDF: cbp@onemainfinancial.com Aug 10 2019 01:21:23
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IL 47731-3251
518141990      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:18      Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518141993      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:23:05      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
518141985      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:18      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141995      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 10 2019 01:22:23
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141996      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 10 2019 01:22:24
                 Capital One Auto Finance,    Po Box 259407,    Plano, TX 75025-9407
518229738      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2019 01:39:19
                 Capital One Bank (USA), N.A.,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518141998      +E-mail/Text: bankruptcy@certifiedcollection.com Aug 10 2019 01:15:40
                 Certified Credit & Collection Bureau,     P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518142007      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 10 2019 01:22:22      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518142008      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 10 2019 01:21:37      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518142013      +E-mail/Text: bknotice@ercbpo.com Aug 10 2019 01:16:01      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518142012      +E-mail/Text: bknotice@ercbpo.com Aug 10 2019 01:16:01      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518142015       E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 01:15:00      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518142017      +E-mail/Text: BKRMailOPS@weltman.com Aug 10 2019 01:15:21      Jared/Sterling Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
518142019       E-mail/Text: camanagement@mtb.com Aug 10 2019 01:15:20      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518142020       E-mail/Text: camanagement@mtb.com Aug 10 2019 01:15:20      M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
518142027      +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2019 01:23:10      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
518142034      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 10 2019 01:21:39      Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
518142035      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 10 2019 01:21:39      Regional Acceptance Co,
                 621 West New Port Pike,    Wilmington, DE 19804-3235
518142041      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518144048      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518142043      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09      Synchrony Bank,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518279897      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518142045      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:57      Synchrony Bank/PC Richard,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142046      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:57      Synchrony Bank/PC Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518142047      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:10      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142049      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
518142057      +E-mail/Text: EDBKNotices@ecmc.org Aug 10 2019 01:13:55      US Dept of Education,    Po Box 5609,
                 Greenville, TX 75403-5609
518142054      +E-mail/Text: EDBKNotices@ecmc.org Aug 10 2019 01:13:54      US Dept of Education,
                 Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
518142063      +E-mail/Text: vci.bkcy@vwcredit.com Aug 10 2019 01:16:08      Volkswagen Credit, Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048-4460
518142062      +E-mail/Text: vci.bkcy@vwcredit.com Aug 10 2019 01:16:08      Volkswagen Credit, Inc,
                 Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518141984*     +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518141979*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IL 47731-3251
518141981*     +American General Financial/Springleaf Fi,    Po Box 912,    Toms River, NJ 08754-0912
518142006*    ++CORNERSTONE EDUCATION LOAN SERVICES,    PO BOX 145132,    SALT LAKE CITY UT 84114-5132
               (address filed with court: Cornerstone/American Education Services,     Pob Box 145122,
                 Salt Lake City, UT 84114)
518141991*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
518141992*     +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
518141994*     +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
518141986*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141987*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141988*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518141989*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518142004*     +Cornerstone/American Education Services,    Attn: Bankruptcy,    Po Box 2461,
                 Harrisburg, PA 17105-2461
518142022*     +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
```

```
District/off: 0312-3            User: admin              Page 3 of 3              Date Rcvd: Aug 09, 2019
                                Form ID: 186             Total Noticed: 76


          ***** BYPASSED RECIPIENTS (continued) *****
518142023*       +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142024*       +Membersource Credit Un,    10100 Richmond Ave,    Houston, TX 77042-4208
518142031*       +Pnc Mortgage,   Attn: Bankruptcy,     3232 Newmark Drive,    Miamisburg, OH 45342-5433
518142033*       +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
518142039*       +St. Peter’s University Hospital,     254 Easton Ave.,    New Brunswick, NJ 08901-1766
518142042*       +Synchrony Bank,   Attn: Bankruptcy,     Po Box 965060,    Orlando, FL 32896-5060
518142044*       +Synchrony Bank,   C/o Po Box 965036,    Orlando, FL 32896-0001
518142048*       +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518142050*       +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
518142058*       +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142059*       +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
518142055*       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
518142056*       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
                                                                                             TOTALS: 0, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```