49764
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for ACAR Leasing LTD d/b/a GM Financial Leasing
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:   DWINEL M. BELFORT
         SHARETTA M. BELFORT

CHAPTER: 13
CASE NO: 19-16052 (CMG)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

ACAR Leasing LTD d/b/a GM Financial Leasing, hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for ACAR Leasing LTD d/b/a GM Financial Leasing with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to ACAR Leasing

LTD d/b/a GM Financial Leasing by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Drive
Arlington, TX 76014

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for ACAR Leasing LTD d/b/a GM Financial Leasing