| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Gillman, Bruton & Capone, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors**<br>**By: Justin M. Gillman, Esq.** | Order Filed on September 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Dwinel Belfort<br>   Sharetta Belfort<br><br>       Debtor(s) | Case No.: 19-16052<br><br>Judge:   Christine M. Gravelle, USBJ<br><br>Chapter:   13<br><br>Hearing Date: 9/18/2019 |

### ORDER MODIFYING THE CLAIM OF THE STATE OF NEW JERSEY DIVISION OF TAXATION (CLAIM NO. 9)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 23, 2019**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Belfort
Case No: 19-16052-CMG

___

THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the State of New Jersey Division of Taxation ("NJDOT") (Claim No. 9); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. That the Debtor is held to be current in filing of all required tax returns through the tax year 2018.

2. That the estimated liability reflected in the claim of the NDJOT (Claim No. 9) for the tax year 2018 is amended to $0.00

2