**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Bruton & Capone, LLC**
**770 Amboy Avenue**
**Edison, New Jersey 08837**
**(732) 661-1664**
**Attorney for Debtors**
**By: Justin M. Gillman, Esq.**

Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Dwinel Belfort
   Sharetta Belfort

      Debtor(s)

Case No.:   19-16052

Judge:   Christine M. Gravelle, USBJ

Chapter:   13

Hearing Date:  9/18/2019

## ORDER MODIFYING THE CLAIM OF THE STATE OF NEW JERSEY DIVISION OF TAXATION (CLAIM NO. 9)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 23, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:   Belfort
Case No: 19-16052-CMG
_____

    THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the State of New Jersey Division of Taxation ("NJDOT") (Claim No. 9); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

    IT IS ORDERED as follows:

    1.    That the Debtor is held to be current in filing of all required tax returns through the tax year 2018.

    2.    That the estimated liability reflected in the claim of the NDJOT (Claim No. 9) for the tax year 2018 is amended to $0.00

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-16052-CMG
Dwinel M Belfort                                                      Chapter 13
Sharetta M Belfort
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Sep 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db/jdb         +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Justin M Gillman    on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Justin M Gillman    on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7