UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : ACAR Leasing LTD, d/b/a GM Financial Leasing
Our File No.: 49764
JM-5630

**Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dwinel M. Belfort
Sharetta M. Belfort

Case No.: 19-16052

Hearing Date: 10-16-2019

Judge: CMG

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ACAR Leasing LTD, d/b/a GM Financial Leasing_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2016 GMC Acadia
    Vehicle Identification Number
    1GKKRRKD9GJ304293

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Dwinel M Belfort  
Sharetta M Belfort  
    Debtors

Case No. 19-16052-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 17, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.  
db/jdb        +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Denise E.    Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
   ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Justin M Gillman    on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,  
   R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
         Justin M Gillman    on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,  
   R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com  
         Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
   rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                         TOTAL: 7