| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-16052 / CMG**

Dwinel M Belfort
Sharetta M Belfort

Petition Filed Date: 03/26/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/18/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/13/2019 | $200.00 | 58572770 | 06/04/2019 | $200.00 | 25773021292 | 06/24/2019 | $200.00 | 59610560 |
| 07/30/2019 | $200.00 | 60475150 | 09/03/2019 | $200.00 | 61368240 | 09/23/2019 | $200.00 | 61944140 |
| 10/21/2019 | $766.00 | 62680850 | 11/18/2019 | $766.00 | 63381820 | 12/30/2019 | $766.00 | 64329530 |

**Total Receipts for the Period: $3,498.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,264.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dwinel M Belfort | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» 5/24/19 AMD DISCLOSURE | Attorney Fees | $1,981.00 | $1,981.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2014 SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2017-2018 | Priority Crediors | $11,070.20 | $0.00 | $11,070.20 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $340.06 | $0.00 | $0.00 |
| 4 | ACAR LEASING LTD<br>»» 2016 GMC ACADIA/LEASE/SV 10/17/19 | Unsecured Creditors<br>Hold Funds: Pending Resolution | $1,348.91 | $0.00 | $0.00 |
| 5 | MemberSource Credit Union | Unsecured Creditors | $1,131.20 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,871.24 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,478.44 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,469.39 | $0.00 | $0.00 |
| 9 | PNC BANK, NA<br>»» P/78 WOLFF AVE/1ST MTG | Mortgage Arrears | $40,345.30 | $1,310.55 | $39,034.75 |
| 10 | STEPHANIE CINTRON | Support Arrears | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» ORDER 9/23/19 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | PNC Bank, N.A.<br>»» P/78 WOLFF AV/2ND MTG/HELOC | Unsecured Creditors | $49,241.23 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK<br>»» WALMART | Unsecured Creditors | $106.51 | $0.00 | $0.00 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $214.45 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16052 / CMG**

| 15 | ST PETERS UNIVERSITY MEDICAL CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|----|--------------------------------------|---------------------|-------|-------|-------|
|    |                                      | No Disbursements: Filed Out of Time |  |  |  |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,264.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $3,291.55 | Current Monthly Payment: | $766.00 |
| Paid to Trustee: | $261.60 | Arrearages: | $766.00 |
| Funds on Hand: | $710.85 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**