UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Justin Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664

**Order Filed on June 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dwinel and Sharetta Belfort

Case No.:   19-16052-CMG

Chapter:   13

Judge:   Christine M. Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4830-7963-3085, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____, the applicant, is allowed a fee of $_____500.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____500.00_____. The allowance is payable:

 ☒ $_____500.00_____ through the Chapter 13 plan as an administrative priority.

 ☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment beginning July 1, 2020 $777.00 per month for 15 months; beginning October 1, 2021 $1,077.00 per month for 12 months; beginning October 1, 2022 $1,511.00 per month for 18 months to allow for payment of the above fee.

*rev.8/1/15*

4830-7963-3085, v. 1

2

4830-7963-3085, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Dwinel M Belfort  
Sharetta M Belfort  
      Debtors

Case No. 19-16052-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
db/jdb         +Dwinel M Belfort,   Sharetta M Belfort,   78 Wolff Ave.,   Edison, NJ 08837-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:  
       Albert   Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.     on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.     on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Justin M Gillman     on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
       Justin M Gillman     on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
       Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                              TOTAL: 8