| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Dwinel M. Belfort<br>Sharetta M. Belfort<br>Aka Sharetta M. Wheeler<br><br>                               Debtors. |

Chapter 13

Case No. 19-16052-CMG

Hearing Date: August 19, 2020

Judge Christine M. Gravelle

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Motion to Vacate Automatic Stay and Co-Debtors Stay ("Consent Order") submitted to the Court and agreed to by Nissan Motor Acceptance Corporation ("Creditor") and the Debtors, the following conditions have been met:

(a) The terms of the Consent Order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c) I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                                                   Stewart Legal Group, P.L.
                                                   Attorney for Creditor

Dated: August 28, 2020        By: */s/Gavin N. Stewart, Esq.*
                                         Gavin N. Stewart, Esq.