| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Dwinel M. Belfort<br>Sharetta M. Belfort<br>Aka Sharetta M. Wheeler<br>                              Debtors. |

Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-16052-CMG

Hearing Date: August 19, 2020

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING MOTION**
**TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 31, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:        Dwinel M. Belfort and Sharetta M. Belfort
Case No.:       19-16052-CMG
Caption of Order:   **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtors Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Movant"), whereas, as of August 18, 2020, the post-petition arrearage was $2,639.08 and whereas the Debtors and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2017 Lexus GX460; VIN: JTJBM7FX6H5172183** ("Property") provided that the Debtors complies with the following:

    a. The Debtors shall cure the total post-petition arrearage by making a lump sum payment in the amount of **$2,639.08** directly to Creditor on or before August 31, 2020.

    b. The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the August 23, 2020 payment and continuing thereon per the terms of the underlying loan; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for the Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under

11 U.S.C. §362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

    4.    Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the modified Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Justin M Gillman* | */s/Gavin N. Stewart* |
| Justin M Gillman, Esq. | Gavin N. Stewart, Esq. |
| Gillman, Bruton & Capone, LLC | Stewart Legal Group, P.L. |
| 770 Amboy Ave | 401 East Jackson Street, Suite 2340 |
| Edison, NJ 08837 | Tampa, FL 33602 |
| *Counsel to Debtors* | *Counsel to Creditor* |