---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Dwinel M. Belfort
Sharetta M. Belfort
Aka Sharetta M. Wheeler
                                      Debtors.

---

**Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No. 19-16052-CMG

Hearing Date: August 19, 2020

Judge Christine M. Gravelle

---

**CONSENT ORDER RESOLVING MOTION
TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 31, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Dwinel M. Belfort and Sharetta M. Belfort |
| Case No.: | 19-16052-CMG |
| Caption of Order: | **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtors Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Movant"), whereas, as of August 18, 2020, the post-petition arrearage was $2,639.08 and whereas the Debtors and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2017 Lexus GX460; VIN:  JTJBM7FX6H5172183** ("Property") provided that the Debtors complies with the following:

    a. The Debtors shall cure the total post-petition arrearage by making a lump sum payment in the amount of **$2,639.08** directly to Creditor on or before August 31, 2020.

    b. The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the August 23, 2020 payment and continuing thereon per the terms of the underlying loan; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for the Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under

11 U.S.C. §362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the modified Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Justin M Gillman* | */s/Gavin N. Stewart* |
| Justin M Gillman, Esq. | Gavin N. Stewart, Esq. |
| Gillman, Bruton & Capone, LLC | Stewart Legal Group, P.L. |
| 770 Amboy Ave | 401 East Jackson Street, Suite 2340 |
| Edison, NJ 08837 | Tampa, FL 33602 |
| *Counsel to Debtors* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  
Dwinel M Belfort  
Sharetta M Belfort  
    Debtors

Case No. 19-16052-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db/jdb        +Dwinel M Belfort,    Sharetta M Belfort,    78 Wolff Ave.,    Edison, NJ 08837-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Denise E.   Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Gavin    Stewart     on behalf of Creditor    Nissan Motor Acceptance Corporation  
            bk@stewartlegalgroup.com  
           John R.   Morton, Jr.     on behalf of Creditor    Nissan Motor Acceptance Corporation  
            ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           John R.   Morton, Jr.     on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
            ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Justin M   Gillman     on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com,  
            R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
           Justin M   Gillman     on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com,  
            R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
           Rebecca Ann   Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
            rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 9