| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on November 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>Dwinel M. Belfort<br>Sharetta M. Belfort<br>Aka Sharetta M. Wheeler<br>                                                 Debtors. | Chapter 13<br><br>Case No. 19-16052-CMG<br><br>Hearing Date: August 19, 2020<br><br>Judge Christine M. Gravelle |

## AMENDED[1] CONSENT ORDER RESOLVING MOTION
## TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 10, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

---

[1] Amended solely to correct the vehicle description.

Debtors:        Dwinel M. Belfort and Sharetta M. Belfort
Case No.:       19-16052-CMG
Caption of Order:   **AMENDED CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTORS STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtors Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Movant"), whereas, as of August 18, 2020, the post-petition arrearage was $2,639.08 and whereas the Debtors and Movant seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2014 Nissan Sentra; VIN:  3N1AB7AP1EL693791** ("Property") provided that the Debtors complies with the following:

    a. The Debtors shall cure the total post-petition arrearage by making a lump sum payment in the amount of **$2,639.08** directly to Creditor on or before August 31, 2020.

    b. The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the August 23, 2020 payment and continuing thereon per the terms of the underlying loan; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for the Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under

11 U.S.C. §362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the modified Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Justin M Gillman* | */s/Gavin N. Stewart* |
| Justin M Gillman, Esq. | Gavin N. Stewart, Esq. |
| Gillman, Bruton & Capone, LLC | Stewart Legal Group, P.L. |
| 770 Amboy Ave | 401 East Jackson Street, Suite 2340 |
| Edison, NJ 08837 | Tampa, FL 33602 |
| *Counsel to Debtors* | *Counsel to Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-16052-CMG

Dwinel M Belfort  Chapter 13

Sharetta M Belfort

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Dwinel M Belfort, Sharetta M Belfort, 78 Wolff Ave., Edison, NJ 08837-3311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Justin M Gillman | |

District/off: 0312-3      User: admin      Page 2 of 2
Date Rcvd: Nov 10, 2020      Form ID: pdf903      Total Noticed: 1

on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com
R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman

on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com
R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9