| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-16052 / CMG**

Dwinel M Belfort  
Sharetta M Belfort

Petition Filed Date: 03/26/2019  
341 Hearing Date: 05/09/2019  
Confirmation Date: 09/18/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $766.00 | 65022160 | 03/02/2020 | $766.00 | 65981340 | 03/27/2020 | $766.00 | 66658070 |
| 04/28/2020 | $766.00 | 67447910 | 05/29/2020 | $766.00 | 68203680 | 06/30/2020 | $766.00 | 68944950 |
| 07/30/2020 | $777.00 | 69732740 | 08/31/2020 | $777.00 | 70444780 | 09/28/2020 | $777.00 | 71144810 |
| 10/28/2020 | $777.00 | 71876970 | 11/30/2020 | $799.00 | 72622470 | 12/29/2020 | $799.00 | 73370020 |
| 01/19/2021 | $799.00 | 73877910 | 02/19/2021 | $799.00 | 74628800 | | | |

**Total Receipts for the Period: $10,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,398.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dwinel M Belfort | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» 5/24/19 AMD DISCLOSURE | Attorney Fees | $1,981.00 | $1,981.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2014 SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2017-2018 | Priority Crediors | $11,070.20 | $0.00 | $11,070.20 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $340.06 | $0.00 | $0.00 |
| 4 | ACAR LEASING LTD<br>»» 2016 GMC ACADIA/LEASE/SV 10/17/19 | Unsecured Creditors<br>Hold Funds: Pending Resolution | $1,348.91 | $0.00 | $0.00 |
| 5 | MemberSource Credit Union | Unsecured Creditors | $1,131.20 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,871.24 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,478.44 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,469.39 | $0.00 | $0.00 |
| 9 | PNC BANK, NA<br>»» P/78 WOLFF AVE/1ST MTG | Mortgage Arrears | $40,345.30 | $7,979.37 | $32,365.93 |
| 10 | STEPHANIE CINTRON | Support Arrears | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» ORDER 9/23/19 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | PNC Bank, N.A.<br>»» P/78 WOLFF AV/2ND MTG/HELOC | Unsecured Creditors | $49,241.23 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK<br>»» WALMART | Unsecured Creditors | $106.51 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16052 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $214.45 | $0.00 | $0.00 |
| 15 | ST PETERS UNIVERSITY MEDICAL CENTER | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 6/3/20 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 16 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2014 SENTRA/ATTY FEES 8/31/20 | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 10/2/20 | Attorney Fees | $907.50 | $907.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,398.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $11,798.87 | Current Monthly Payment: | $799.00 |
| Paid to Trustee: | $1,098.61 | Arrearages: | $0.00 |
| Funds on Hand: | $1,500.52 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**