| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-16052 / CMG**

Dwinel M Belfort
Sharetta M Belfort

Petition Filed Date: 03/26/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/18/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | $1,533.00 | 89240810 | 01/06/2023 | $1,533.00 | 89240810 | 01/06/2023 | ($1,533.00) | 89240810 |
| 02/15/2023 | $1,533.00 | 89985720 | 03/15/2023 | $1,533.00 | 90549360 | 04/13/2023 | $1,533.00 | 91088470 |
| 05/15/2023 | $1,533.00 | 91676240 | 06/14/2023 | $1,533.00 | 92215550 | 07/14/2023 | $1,533.00 | 92746300 |
| 08/16/2023 | $1,533.00 | 93299250 | 09/13/2023 | $1,533.00 | 93771780 | 10/13/2023 | $1,533.00 | 94291450 |
| 11/15/2023 | $1,533.00 | 94836750 | 12/13/2023 | $1,533.00 | 95299300 | 01/16/2024 | $1,533.00 | 95811260 |

**Total Receipts for the Period: $19,929.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $57,707.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dwinel M Belfort | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» 5/24/19 AMD DISCLOSURE | Attorney Fees | $1,981.00 | $1,981.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2014 SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2017-2018 | Priority Creditors | $11,070.20 | $6,287.22 | $4,782.98 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $340.06 | $0.00 | $0.00 |
| 4 | ACAR LEASING LTD<br>»» 2016 GMC ACADIA | Unsecured Creditors | $1,348.91 | $0.00 | $0.00 |
| 5 | MemberSource Credit Union | Unsecured Creditors | $1,131.20 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,871.24 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,478.44 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,469.39 | $0.00 | $0.00 |
| 9 | PNC BANK, NA<br>»» P/78 WOLFF AVE/1ST MTG | Mortgage Arrears | $40,345.30 | $40,345.30 | $0.00 |
| 10 | STEPHANIE CINTRON | Support Arrears | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» ORDER 9/23/19 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PNC Bank, N.A.<br>»» P/78 WOLFF AV/2ND MTG/HELOC | Unsecured Creditors | $49,241.23 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» WALMART | Unsecured Creditors | $106.51 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16052 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $214.45 | $0.00 | $0.00 |
| 15 | ST PETERS UNIVERSITY MEDICAL CENTER | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 6/3/20 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 16 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2014 SENTRA/ATTY FEES ORDER 8/31/20 | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ORDER 10/2/20 | Attorney Fees | $907.50 | $907.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,707.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $50,452.02 | Current Monthly Payment: | $1,533.00 |
| Paid to Trustee: | $4,443.46 | Arrearages: | $0.00 |
| Funds on Hand: | $2,811.52 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

