Certificate Number: 05781-NJ-DE-038316117

Bankruptcy Case Number: 19-16052



05781-NJ-DE-038316117

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2024, at 6:21 o'clock PM PDT, Dwinel Belfort completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 25, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President