**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dwinel M Belfort<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7119<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sharetta M Belfort<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6115<br>EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:  19–16052–CMG

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dwinel M Belfort

Sharetta M Belfort
fka Sharetta M Wheeler

6/25/24

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W					**Chapter 13 Discharge**					page 2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-16052-CMG
Dwinel M Belfort  Chapter 13
Sharetta M Belfort
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Jun 25, 2024    Form ID: 3180W    Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwinel M Belfort, Sharetta M Belfort, 78 Wolff Ave., Edison, NJ 08837-3311 |
| aty | | Don J Knabeschuh, 5090 Richmond Ave., #472, Houston, TX 77056-7402 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518141977 | + | AEs/njhighed, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518141976 | + | AEs/njhighed, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518141980 | + | American General Financial/Springleaf Fi, Po Box 912, Toms River, NJ 08754-0912 |
| 518142005 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 518142025 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 518249845 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518141997 | + | St. Peter's Medical Ctr., Certified Credit & Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518142038 | + | St. Peter's University Hospital, 254 Easton Ave., New Brunswick, NJ 08901-1766 |
| 518142040 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Jun 26 2024 00:25:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518216351 | + | EDI: PHINAMERI.COM | Jun 26 2024 00:25:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 518141982 | + | EDI: PHINAMERI.COM | Jun 26 2024 00:25:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518141983 | + | EDI: PHINAMERI.COM | Jun 26 2024 00:25:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518141978 | + | EDI: AGFINANCE.COM | Jun 26 2024 00:25:00 | American General Financial/Springleaf Fi, Springleaf Financial/Attn: Bankruptcy De, Po Box 3251, Evansville, IL 47731-3251 |
| 518141985 | + | EDI: CAPITALONE.COM | Jun 26 2024 00:25:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 518141993 | + | EDI: CAPITALONE.COM | Jun 26 2024 00:25:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518141990 | + | EDI: CAPITALONE.COM | Jun 26 2024 00:25:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518141996 | + | EDI: CAPONEAUTO.COM | Jun 26 2024 00:25:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518141995 | + | EDI: CAPONEAUTO.COM | Jun 26 2024 00:25:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518229738 | + | EDI: AIS.COM | Jun 26 2024 00:25:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518141998 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 25 2024 20:36:00 | Certified Credit & Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518142000 | + | EDI: CITICORP | Jun 26 2024 00:25:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518141999 | + | EDI: CITICORP | Jun 26 2024 00:25:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518142002 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 25 2024 20:36:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 518142001 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 25 2024 20:36:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 518142003 | + | Email/Text: bncnotifications@pheaa.org | Jun 25 2024 20:36:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518142007 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2024 20:42:56 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518142008 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2024 20:54:32 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518142060 | | EDI: CITICORP | Jun 26 2024 00:25:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518142061 | | EDI: CITICORP | Jun 26 2024 00:25:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518285231 | | EDI: Q3G.COM | Jun 26 2024 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518142011 | | Email/Text: bankruptcycourts@equifax.com | Jun 25 2024 20:36:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518142012 | + | Email/Text: bknotice@ercbpo.com | Jun 25 2024 20:37:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518142013 | + | Email/Text: bknotice@ercbpo.com | Jun 25 2024 20:37:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 518142010 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 25 2024 20:37:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 518142009 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 25 2024 20:37:00 | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 518142014 | | ^ MEBN | Jun 25 2024 20:35:22 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518142015 | | EDI: IRS.COM | Jun 26 2024 00:25:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 19-16052-CMG    Doc 72    Filed 06/27/24    Entered 06/28/24 00:14:51    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Jun 25, 2024 | Form ID: 3180W | Total Noticed: 76 |

| Recip ID | Code | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518142017 | + | Email/Text: BKRMailOPS@weltman.com | Jun 25 2024 20:36:00 | Jared/Sterling Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 518142016 | ^ | MEBN | Jun 25 2024 20:33:40 | Jared/Sterling Jewelers, Attn: Bankruptcy, Po Box 3680, Akron, OH 44309-3680 |
| 518142019 | | Email/Text: camanagement@mtb.com | Jun 25 2024 20:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518142020 | | Email/Text: camanagement@mtb.com | Jun 25 2024 20:36:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 518227161 | + | Email/Text: COLLECTIONS@MEMBERSOURCECU.ORG | Jun 25 2024 20:36:00 | MemberSource Credit Union, 10100 Richmond Avenue, Houston, TX 77042-4208, Attn: Erika Sanchez |
| 518142021 | + | Email/Text: COLLECTIONS@MEMBERSOURCECU.ORG | Jun 25 2024 20:36:00 | Membersource Credit Un, 10100 Richmond Ave, Houston, TX 77042-4208 |
| 518142026 | + | EDI: NAVIENTFKASMSERV.COM | Jun 26 2024 00:25:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518142027 | + | EDI: NAVIENTFKASMSERV.COM | Jun 26 2024 00:25:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518142028 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 25 2024 20:36:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518142029 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 25 2024 20:36:00 | Nissan Motor Acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 518151990 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 25 2024 20:36:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518270473 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 20:36:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 518232272 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 20:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518142030 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 20:36:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518142032 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 20:36:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518142035 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 25 2024 20:54:58 | Regional Acceptance Co, 621 West New Port Pike, Wilmington, DE 19804-3235 |
| 518142034 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 25 2024 20:54:58 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 518142036 | | Email/Text: EBN@seliplaw.com | Jun 25 2024 20:36:00 | Selip & Stylianou, LLP, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653 |
| 518142037 | | Email/Text: EBN@seliplaw.com | Jun 25 2024 20:36:00 | Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653 |
| 518142043 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518142041 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518144048 | + | EDI: AIS.COM | Jun 26 2024 00:25:00 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518142045 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518142046 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518142047 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: 3180W | Total Noticed: 76 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518142049 | + | EDI: SYNC | Jun 26 2024 00:25:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518142052 | + | EDI: LCITDAUTO | Jun 26 2024 00:25:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 518142051 | + | EDI: LCITDAUTO | Jun 26 2024 00:25:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 518142053 | ^ | MEBN | Jun 25 2024 20:34:37 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518142057 | + | Email/Text: EDBKNotices@ecmc.org | Jun 25 2024 20:36:00 | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518142054 | + | Email/Text: EDBKNotices@ecmc.org | Jun 25 2024 20:36:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518142062 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2024 20:37:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 518142063 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2024 20:37:00 | Volkswagen Credit, Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 518141984 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518141979 | *+ | American General Financial/Springleaf Fi, Springleaf Financial/Attn: Bankruptcy De, Po Box 3251, Evansville, IL 47731-3251 |
| 518141981 | *+ | American General Financial/Springleaf Fi, Po Box 912, Toms River, NJ 08754-0912 |
| 518142006 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 518141986 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518141987 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518141988 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518141989 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518141994 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518141991 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518141992 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518142004 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518142022 | *+ | Membersource Credit Un, 10100 Richmond Ave, Houston, TX 77042-4208 |
| 518142023 | *+ | Membersource Credit Un, 10100 Richmond Ave, Houston, TX 77042-4208 |
| 518142024 | *+ | Membersource Credit Un, 10100 Richmond Ave, Houston, TX 77042-4208 |
| 518142031 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518142033 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518142039 | *+ | St. Peter's University Hospital, 254 Easton Ave., New Brunswick, NJ 08901-1766 |
| 518142044 | *+ | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518142042 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518279897 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518142048 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518142050 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518142058 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518142059 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518142055 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518142056 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 518142018 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 28 Duplicate, 1 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: 3180W | Total Noticed: 76 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Justin M Gillman | on behalf of Joint Debtor Sharetta M Belfort ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Dwinel M Belfort ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8