Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−16052−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dwinel M Belfort | Sharetta M Belfort |
| 78 Wolff Ave. | fka Sharetta M Wheeler |
| Edison, NJ 08837 | 78 Wolff Ave. |
| | Edison, NJ 08837 |

Social Security No.:
   xxx−xx−7119                                    xxx−xx−6115

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 26, 2024</u>             <u>Christine M. Gravelle</u>
                                         Judge, United States Bankruptcy Court